# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| JAMES MICHAEL CLEMMONS, | ) |
| Plaintiff, | ) |
| Vs. | ) Civil Action No.: 3:13-cv-00723 |
| THE CITY OF CROSS PLAINS, TENNESSEE, et. al., | ) **JURY DEMAND** |
| | ) **Judges Nixon and Bryant** |
| Defendants. | ) |

## REVISED CASE MANAGEMENT ORDER

Come now Plaintiff and Defendants, by and through counsel, and submit this proposed revised case management order pursuant as required by the order of Magistrate Judge John S. Bryant by order dated June 3, 2014. (Doc. 48).

1. All written discovery and deposition testimony of fact witnesses have been completed;

2. Plaintiff shall declare his Rule 26(a)(2)(B) witnesses and provide reports to the opposing parties by **July 25, 2014**;

3. Defendants shall declare their Rule 26(a)(2)(B) witnesses and provide reports to the opposing parties by **September 19, 2014**;

4. Depositions of all Rule 26(a)(2)(B) witnesses shall be completed by **November 14, 2014**;

5. All dispositive motions including *Daubert* motions shall be filed by **January 9, 2015**, and any responses thereto shall be filed by **February 9, 2015**. Any replies shall be filed by **February 23, 2015**. The dispositive motions and responsive briefs shall be limited to twenty-

five (25) pages, and any reply filed is limited to five (5) pages without permission from the Court;

6.	Jury trial is set to begin on June 9, 2015, at 9:00 a.m. A pretrial conference shall be held on May 29, 2015, at 10:00 a.m. before Senior Judge Nixon. The trial is expected to last three (3) days.

It is so ORDERED.

s/ John S. Bryant

JOHN S. BRYANT

U.S. Magistrate Judge

Respectfully Submitted,

*/s/ Joseph T. Zanger*
Joseph T. Zanger, B.P.R. #22600
**ZANGER LAW FIRM**
135 Cliff Garrett Dr.
White House, Tennessee 37188
Telephone: (615) 672-0511
joezanger@bellsouth.net
*Attorney for Plaintiff James Michael Clemmons*

*/s/ Mark McGrady*
Mark McGrady
**FARRAR & BATES, LLP**
211 Seventh Ave., N. Suite 500
Nashville, Tennessee 37219-1823
Telephone: (615) 254-3060
mark.mcgrady@farrar-bates.com
*Attorney for City of Cross Plains, Cross Plains Police Department, Officer Steve Tomarchio*

*/s/ Kelly M. Telfeyan*
Jeffrey M. Beemer, B.P.R. #017247
Kelly M. Telfeyan, B.P.R. #024473
**DICKINSON WRIGHT PLLC**
424 Church Street, Suite 1401
Nashville, TN 37219
Telephone: (615) 244-6538
JBeemer@dickinson-wright.com
KTelfeyan@dickinson-wright.com
*Attorneys for Defendants Robertson County and Robertson County Sheriff's Department*

*/s/ Daniel F. Beasley*
Daniel F. Beasley, B.P.R. #19915
**LANIER, FORD, SHAVER & PAYNE, P.C.**
P.O. Box 2087
Huntsville, AL 35804
Telephone: (256) 713-2259
danbeasley@lfsp.com
*Attorney for Southern Health Partners*

# CERTIFICATE OF SERVICE

On June 13, 2014, I served a copy of this document by the Court's e-filing system on:

Joseph T. Zanger
**ZANGER LAW FIRM**
135 Cliff Garrett Dr.
White House, Tennessee 37188
joezanger@bellsouth.net
*Attorney for Plaintiff James Michael Clemmons*

Daniel F. Beasley
**LANIER, FORD, SHAVER & PAYNE, P.C.**
P.O. Box 2087
Huntsville, AL 35804
danbeasley@lfsp.com
*Attorney for Southern Health Partners*

Jeffrey M. Beemer
Kelly M. Telfeyan
**DICKINSON WRIGHT PLLC**
424 Church Street, Suite 1401
Nashville, TN 37219
JBeemer@dickinson-wright.com
KTelfeyan@dickinson-wright.com
*Attorneys for Defendants Robertson County and Robertson County Sheriff's Department*

                                                        */s/ Mark E. McGrady*
                                                        Mark E. McGrady