IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| JAMES MICHAEL CLEMMONS, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| Vs. | ) ) ) | Civil Action No.: 3:13-cv-00723 |
| THE CITY OF CROSS PLAINS, TENNESSEE, et. al., | ) ) ) ) | JURY DEMAND Judges Nixon and Bryant |
| Defendants. | ) ) | |

## ~~PROPOSED~~ REVISED CASE MANAGEMENT ORDER

Come now Plaintiff and Defendants, by and through counsel, and represent to the Court that they have conferred regarding the motion of the plaintiff to extend the deadline for plaintiff to declare his Rule 26(a)(2)(B) witnesses and provide reports to the opposing parties in light of the illness and unavailability of the expert plaintiff had intended to use in this case (Doc. 55). Defendants have no objection to additional time being granted to plaintiff to submit the required report, provided that they are also permitted additional time to submit their expert materials and to complete expert depositions. The parties have agreed to the following deadlines regarding expert discovery, and request that the Court enter a second revised case management order consistent with these deadlines. The deadlines pertaining to dispositive motions would not change, nor would a change in the trial date be required. The revised deadlines proposed by the parties are as follows:

1. Plaintiff shall declare his Rule 26(a)(2)(B) witnesses and provide reports to the opposing parties by **September 5, 2014**;

2. Defendants shall declare their Rule 26(a)(2)(B) witnesses and provide reports to the opposing parties by **October 24, 2014**;

3. Depositions of all Rule 26(a)(2)(B) witnesses shall be completed by **November 21, 2014**;

Wherefore, the parties jointly and mutually request this Court to enter an Order setting forth a Revised Case Management Order revising the dates as listed.

SO ORDERED;

John Bryant USMJ

Respectfully Submitted,

/s/ Joseph T. Zanger
Joseph T. Zanger, B.P.R. #22600
**ZANGER LAW FIRM**
135 Cliff Garrett Dr.
White House, Tennessee 37188
Telephone: (615) 672-0511
joezanger@bellsouth.net
*Attorney for Plaintiff James Michael Clemmons*

/s/ Mark McGrady
Mark McGrady
**FARRAR & BATES, LLP**
211 Seventh Ave., N. Suite 500
Nashville, Tennessee 37219-1823
Telephone: (615) 254-3060
mark.mcgrady@farrar-bates.com
*Attorney for City of Cross Plains, Cross Plains Police Department, Officer Steve Tomarchio*

/s/ Kelly M. Telfeyan
Jeffrey M. Beemer, B.P.R. #017247
Kelly M. Telfeyan, B.P.R. #024473
**DICKINSON WRIGHT PLLC**
424 Church Street, Suite 1401
Nashville, TN 37219
Telephone: (615) 244-6538
JBeemer@dickinson-wright.com
KTelfeyan@dickinson-wright.com
*Attorneys for Defendants Robertson County and Robertson County Sheriff's Department*

/s/ Daniel F. Beasley
Daniel F. Beasley, B.P.R. #19915
**LANIER FORD SHAVER & PAYNE P.C.**
P.O. Box 2087
Huntsville, AL 35804
Telephone: (256) 713-2259
danbeasley@lfsp.com
*Attorney for Southern Health Partners*